**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MIHALCHEON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:24-cv-00749-MCS-JC<br><br>**JUDGMENT** |

1 | In accordance with the Court's order denying Plaintiff Marcus Mihalcheon's motion for summary judgment and granting Defendant United States of America's motion for summary judgment, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant and against Plaintiff. Plaintiff shall take nothing from his action against Defendant.

**IT IS SO ORDERED.**

Dated: March 26, 2025

*[signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE